No. 01–8052. BROWN *v.* MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL. C. A. 1st Cir. Certiorari denied. 

No. 01–8057. ENRIQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–8058. HUMPHREY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–8095. DELGADO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8140. CASTANO *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–8240. MARTIN *v.* CAIN, WARDEN. Sup. Ct. La. Certiorari denied. 

No. 01–8264. ROBINSON *v.* PORTUONDO, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–8345. SMITH *v.* RATELLE, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 01–8379. CONNER *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 01–8413. PODOPRIGORA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 01–8416. PEELER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 01–8417. PEREZ-MONCADA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–8418. PINEDA-BONILLA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–8420. MAYORGA-MENDOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–8422. SOTO-CASTELLANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–8423. SALING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.